# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

LARRY ANDREW PIATEK,

      Plaintiff,

      v.                           Case No. 04-C-315

DAVID GRAVES, KURT PICKNELL,
MICHAEL SCHMITZ, JOHN DELANEY
and KEVIN HURST, HEALTH
PROFESSIONALS, LTD., ELIZABETH PETERS
and BRIAN BOHLMANN,

      Defendants.

## ORDER

For good cause shown the court ORDERS that the "Joint Motion by the Defendants for an Extension of Time to File Their Reply Brief in Support of Their Motion for Summary Judgment" (filed April 26, 2005) IS GRANTED in that the Defendants may serve and file their replies on or before noon on May 6, 2005.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin this 27th day of April 2005.

                                      s/Thomas J. Curran
                                      Thomas J. Curran
                                      United States District Judge