# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

LARRY ANDREW PIATEK,
a/k/a PETER J. BARDESON,

        Plaintiff,        Case No. 04-C-315

    v.

DAVID GRAVES, KURT PICKNELL,
MICHAEL SCHMITZ, JOHN DELANEY,
CHAR WHITTENBURG, JORGE WONG,
HEALTH PROFESSIONALS, LTD.,
LAURA BANIKE and BRIAN BOHLMANN,

        Defendants.

## OPINION AND ORDER

The court ORDERS that the Plaintiff's "reply" (Document #128, filed May 5, 2005) and "answer" (Document #129, filed May 5, 2005) to the Defendants' response to his summary judgment motion are STRICKEN from the record of this case. The Plaintiff's motion for an extension of time to file these papers was denied. See Order of April 27, 2005.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 6th day of May, 2005.

                              s/ Thomas J. Curran
                              Thomas J. Curran
                              United States District Judge