# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

LARRY ANDREW PIATEK,
a/k/a PETER J. BARDESON,

        Plaintiff,        Case No. 04-C-315

    v.

DAVID GRAVES, KURT PICKNELL,
MICHAEL SCHMITZ, JOHN DELANEY,
CHAR WHITTENBURG, JORGE WONG,
HEALTH PROFESSIONALS, LTD.,
LAURA BANIKE and BRIAN BOHLMANN,

        Defendants.

## OPINION AND ORDER

The Defendants in this case have notified the court that they have settled all claims raised by the Plaintiff and that the dispositive motions filed need not be addressed. Therefore, the court ORDERS that the Walworth County Defendants' Motion for Summary judgment" (filed March 1, 2005) IS DENIED without prejudice.

IT IS FURTHER ORDERED that "The Medical Defendants' Motion for Summary Judgment" (filed March 1, 2005) IS DENIED without prejudice.

This action will be dismissed after the parties file their closing papers.

Done and Ordered in Chambers at the United States Courthouse, Milwaukee, Wisconsin, this 19th day of August, 2005.

        s/ Thomas J. Curran
        Thomas J. Curran
        United States District Judge